FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM KAUFMAN, IRENE HARDING-
JESTER *his wife*,

    Plaintiffs,

v.

JOHNSON & JOHNSON CONSUMER,
INC., RITE AID CORPORATION,

    Defendants.

19cv0520

ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this 30th day of May, 2019 the Court hereby GRANTS Plaintiffs' Motion for Remand (ECF 4) and remands this case back the Court of Common Pleas of Allegheny County forthwith.

SO ORDERED,

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All ECF Registered Counsel of Record